People v Dickerson (2025 NY Slip Op 00108)

People v Dickerson

2025 NY Slip Op 00108

Decided on January 8, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 8, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
LINDA CHRISTOPHER
BARRY E. WARHIT
JANICE A. TAYLOR, JJ.

2019-05041
 (Ind. No. 929/17)

[*1]The People of the State of New York, respondent,
v
Rahiem Dickerson, appellant.

Arza Feldman, Manhasset, NY (Steven A. Feldman of counsel), for appellant.
Anne T. Donnelly, District Attorney, Mineola, NY (Jason R. Richards and Michael J. Balch of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Robert A. Schwartz, J.), rendered December 7, 2018, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Payne, 209 AD3d 1041; People v Rodriguez, 194 AD3d 853). The defendant's valid waiver of his right to appeal forecloses appellate review of the denial of his motion to controvert a search warrant and to suppress physical evidence seized in the execution thereof (see People v Payne, 209 AD3d at 1042; People v Scott, 161 AD3d 901).
DUFFY, J.P., CHRISTOPHER, WARHIT and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court